

March 20, 2020

**VIA ECF**
-------------------------------------------
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Honorable Valerie E. Caproni
40 Centre Street, Courtroom 443
New York, NY 10007

**LETTER**

    Re: *Giannis Antetokounmpo v. Southside Throwbacks LTD., Daniel Kosiek, Danies Corcoran*

    Case No.: 1:20-CV-01441-VEC

___

Dear Honorable Valerie E. Caproni,

  This office represents the Plaintiff in the above-referenced matter. Plaintiff, by and through counsel, respectfully submits this Letter-Motion seeking permission to withdraw the Settlement Agreement (Pacer Dkt.14) dated March 17, 2020.

  We apologize for any inconvenience caused by my application.

               **PARDALIS & NOHAVICKA, LLP**

               /s/Anastasi Pardalis
               ANASTASI PARDALIS
               *ATTORNEYS FOR PLAINTIFF*